UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN FISCHLER, *individually and on behalf of all others similarly situated*,

                Plaintiff,

– against –

BUBBY'S PIE CO., INC.,

                Defendant.

**ORDER**

18 Civ. 10945 (ER)

Ramos, D.J.:

    Plaintiff Fischler filed his complaint on November 21, 2018.  Doc. 1.  Defendant answered the complaint on February 13, 2019.  Doc. 7.  There has been no further activity in this case.  The parties are therefore instructed to file a joint status report by no later than December 14, 2020.

    It is SO ORDERED.

Dated:   November 30, 2020
             New York, New York

                                                  Edgardo Ramos, U.S.D.J.